We think justice requires that the revocation order be reversed and the cause remanded to the trial court for rehearing in accordance with the purposes of the Probation Act and with the views expressed herein.

*Reversed and remanded.*

LEWE, P. J., and BURKE, J., concur.

## Lawson Livingston, Appellee, v. Sylvia Livingston, Appellant.

### Gen. No. 9,565.

opinion filed March 8, 1948; rehearing denied May 4, 1948; released for publication May 5, 1948. Kenneth A. Green, for appellant; Carus S. Icenogle, for appellee. Opinion by JUSTICE DADY. Not to be published in full.

## Hal F. Greef, Appellee, v. Midland Lumber Company, Appellant.

### Gen. No. 10,212.